DAVID MURPHY et al., Respondents, *v.* THE STICKLEY AND
SIMONDS COMPANY, Impleaded with THE SYRACUSE SAVINGS
BANK, Appellant.

*Murphy* v. *Stickley Simonds Co.*, 82 Hun, 158, affirmed.
(Argued February 12, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
December 10, 1894, which affirmed a judgment in favor of
plaintiffs entered upon the report of a referee.

*Harrison Hoyt* for appellant.

*W. P. Gannon* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur, except HAIGHT, J., absent, and MARTIN, J., not
sitting.

---

CASPAR STAPF, Respondent, *v.* V. LOEWER'S GAMBRINUS
BREWERY COMPANY, Appellant.

*Stapf* v. *Loewer's Gambrinus Brewing Co.*, 1 App. Div. 405, appeal
dismissed.
(Argued February 1, 1897; decided March 9, 1897.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judicial
department, entered February 7, 1896, which affirmed a
judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Appellate
Division had unanimously decided that the verdict of the jury
was supported by the evidence ; that no other question is raised
by the exceptions taken at the trial, and that no question of
law is presented for review.

*Alfred & Charles Steckler* for motion.

*Uriah W. Tompkins* and *C. J. G. Hall* opposed.

Motion granted.